UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2614 DDP (FFM) | Date | June 15, 2016 |
|---|---|---|---|
| Title | ELISEO V. BARRAGAN, et al. v. DEUTSCHE BANK NATIONAL TRUST COMPANY, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|
| James Munoz | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On June 14, 2016, Defendants Deutsche Bank National Trust Company and Select Portfolio Servicing, Inc. ("Defendants") filed seven motions to compel discovery responses (the "motions"). (Dkt. Nos. 26–32.) The motions were directed at all Plaintiffs in this case, with each motion compelling responses from a specific Plaintiff. (*See id.*)

Collectively, the motions allege that only one Plaintiff, Eliseo V. Barragan, has responded in any manner to Defendants' discovery requests. (*See id.*) The motions further assert that Plaintiff Barragan responded only to the requests submitted by Select Portfolio Servicing, Inc., and that Plaintiff Barragan's responses were submitted after their April 11, 2016, due date. (Dkt. No. 26 at 4.)

Based on the foregoing, the Court orders Plaintiffs, and each of them, to show cause, in writing and within ten (10) days of this Order, why this case should not be dismissed for lack of prosecution.

IT IS SO ORDERED.

: 

Initials of Preparer    JM