UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELISEO V. BARRAGAN, et al., | ) | No. CV 15-2614 DDP (FFM) |
| Plaintiffs, | ) ) | JUDGMENT |
| v. | ) ) | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that plaintiffs take nothing by the Complaint and that this action is dismissed with prejudice.

DATED: September 30, 2016

                                                      DEAN D. PREGERSON
                                           United States District Judge